The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN DIXON,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>RESTAURANTS UNLIMITED INC.,<br><br>Garnishee. | NO. MC18-5002BHS<br><br>(3:14-CR-5212-1)<br><br>Order Terminating Garnishment Proceeding |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Restaurants Unlimited Inc. is relieved of further responsibility pursuant to this garnishment.

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Stephen Dixon and Restaurants Unlimited Inc.*, USDC#: 3:18-MC-5002-BHS/3:14-CR-5212-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 12 day of June, 2018.

*signature*
JUDGE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Stephen Dixon and Restaurants Unlimited Inc.*, USDC#: 3:18-MC-5002-BHS/3:14-CR-5212-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970